Mr. Adalberto Vega Jr #04.B.2845  
Southport Correctional Fac.  
P.O Box 2000  
Pine City, New York 14871-2000

FILED OCT 21 2019 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY UNITED STATES DISTRICT COURT

Date: 10.16.19

Attn: Karen E. Richardson Confidential Law clerk  
2 Niagara Square  
Buffalo, New York 14202

Re: Adalberto Vega Jr vs. Richard Marzola et. al  
17-CV-293

Dear Ms. Richardson,

I am reaching out to you and your office to inform you that I rescently reached out to Cheryl Myers Buth and Joseph M. Latona requesting discovery of the following (11) eleven documents —  
(11) eleven commendable behavioral reports documented between December 2018 thru May 2019 at Auburn Correctional Fac. filed by a Ms. Fishan ( O.R.C ) Counselor.

Your attention in these matters are greatly appreciated

Sincerely  
Adalberto Vega Jr  
Pro Se.

CC: File  
1 of 3 copies.

Mr. Adalberto Vega JR 04.B.2845
Southport Correctional Fac.
P.O Box 2000
Pine City, New York 14871-2000

Date: October 16th, 2019

Joseph N. LaTona
Attorney At Law
716 Brisbane building
Buffalo, New York 14203

Re: Adalberto Vega JR vs. J. Nixion et. al
17-cv-293

Dear Mr. LaTona,
 I am reaching out to you and Ms. Both because I would like to obtain the following documents for discovery (11) eleven commendable behavioral reports written by (11) correctional officers at Auburn Correctional facility between December 2018 thru May 2019. You can obtain these documents through a "Ms. Fisher D.R.C Counselor at Auburn Corr. facility who submitted these requested documents for my "Parole packets.
 Your attention in these matters are greatly appreciate, thank you

CC: File
1 of 3 copies

Adalberto Vega JR
Pro-Se

Mr. Adalberto Vega Jr #04.B.2845
Southport Correctional Fac.
P.O. Box 2000
Pine City, New York 14871-2000

Date: October 16th, 2019

Cheryl Meyers Buth Law Group
21 Princeton Place
Orchard Park, NY 14127

Re: Adalberto Vega Jr vs. Richard Mazzola et. al.
    17-cv-293

Dear Ms. Buth;

   I am reaching out to you and Mr. Latona because I would like to obtain the following documents for discovery (11) eleven commendable behavioral reports written by 11 correctional officer at Auburn Correctional Facility between December 2019 thru May 2019. You can obtain these documents through a "Ms. Fisher" a O.R.C Counselor who submitted them for me for my parole packet at Auburn.
   Your attention in this matter is greatly appreciated, thank you!

cc: files
1 of 3 copies

Sincerely,
Mr. Adalberto Vega Jr
Pro-Se

