Mr. Adalberto Vega CM
122 Ohio St.
Rochester, NY 14609

17-cv-293

Date: Feb. 12, 2020

Att: Clerk of the Court
United States Court House
Buffalo, NY 14202-3350
Judge: Hon. H. Kenneth Schroeder Jr.

Re: Contact Info:

Dear Clerk;

I am writing you and your office to inform you of my new contact info.

122 Ohio St.
Rochester, NY 14609

Phone # 585-512-4038

Gmail / adal.av2020@gmail.com

You can contact me at above info.

Sincerely,
Adalberto Vega CM
Pro Se

CC.

Abdullah Vinal
122 Bain st.
Rochester, NY 14609

Legal Mail

USDC - WDNY
FEB 18 2020
BUFFALO

To: Clerk U.S District Court
United States Courthouse
Buffalo, NY 14202-3350

ROCHESTER NY 14
15 FEB 2020 PM 5 L