# MEYERS BUTH
## LAW GROUP PLLC

**Cheryl Meyers Buth**
Attorney/Member
cmbuth@mblg.us

**Laurie A. Baker**
Attorney/Member
labaker@mblg.us

**Patrick J. Maloney**
Of Counsel
pjmaloney@mblg.us

October 9, 2020

Hon. Frank P. Geraci, Jr.
Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

      Re:    Vega v. Mazzola, et al.
                 17-cv-293

Dear Judge Geraci:

      By scheduling order dated October 1, 2020, the Court scheduled an in-person status conference for next Tuesday, October 13, 2020. As the Court correctly pointed out, the parties did not file dispositive motions and no other events appear on the court docket.

      **We are respectfully requesting that the status conference be adjourned. We have reached a settlement in this case.** We previously apprised the Magistrate Judge's chambers and we are currently finalizing paperwork that was required to be reviewed by the New York Attorney General's Office before we could send it to the plaintiff. This includes a stipulation of settlement that we expect to e-file next week. My office confirmed today that the *pro se* plaintiff has received the settlement documents and will arrange to return them to our office as soon as possible.

      I have a sentencing before Judge Arcara on Tuesday morning in Buffalo but would be available any other time next week if the Court wants us to put the settlement on the record. We thank the Court for its time.

Sincerely,

*Cheryl Meyers Buth*

CHERYL MEYERS BUTH

CMB/jdc
cc:    Adalberto Vega, Jr.