

**Cheryl Meyers Buth**
Attorney/Member
cmbuth@mblg.us

**Laurie A. Baker**
Attorney/Member
labaker@mblg.us

**Patrick J. Maloney**
Of Counsel
pjmaloney@mblg.us

March 29, 2021

Hon. Frank P. Geraci, Jr., Chief United States District Judge
U.S. Courthouse
100 State Street
Rochester, New York 14614

Re: Vega v. Mazzola, et al.; 17-cv-293

Dear Judge Geraci:

A Stipulation and Order settling this 42 U.S.C. §1983 action was filed on October 29, 2020. The plaintiff is *pro se* and resides in Rochester, New York. I represented Correctional Officer Mazzola and Joseph M. LaTona represented Correctional Officer Nixion.

Our office has been shepparding the settlement paperwork and coordinating with the New York State Attorney General's Office and New York Comptroller. However, when Mr. Vega finally received his check this month, it did not include interest. When he attempted to cash it at the bank this morning, he encountered some problems and the bank requested that a new check be issued.

**We are respectfully requesting a telephone status conference in this matter.** Michael J. Russo, Assistant Attorney General in Charge of the regional office is familiar with this case and has been attempting to facilitate the payment to Mr. Vega. We believe it would be helpful to have Mr. Russo or a representative from his office attend the conference.

We appreciate the Court's assistance.

Sincerely,

CHERYL MEYERS BUTH

CMB/jdc
cc: Joseph M. LaTona (*Via CM/ECF*)
    Michael Russo (michael.russo@ag.ny.gov)
    Adalberto Vega (juvenile585@gmail.com)

21 Princeton Place • Orchard Park, NY 14127 • o. 716.508.8598 • www.meyersbuthlaw.group